[No. 9609-2-III.   Division Three.   November 28, 1989.]

EL RANCHITO, *Appellant,* v. IGNACIO LIMON,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 86-2-02252-9, Jo Anne Alumbaugh, J., entered October 7, 1988. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, A.C.J., and Shields, J.

[No. 12206-5-II.   Division Two.   November 29, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. DEBBIE
RUNYAN, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 85-1-00463-7, James D. Roper, J., entered July 20, 1988. *Affirmed* by unpublished per curiam opinion.

[No. 12180-8-II.   Division Two.   November 29, 1989.]

*In the Matter of the Marriage of* FRANCIS P. WILSON,
*Appellant, and* GLORIA J. WILSON,
*Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 87-3-01013-4, Rosanne Buckner, J., entered July 12, 1988. *Affirmed* by unpublished per curiam opinion.

[No. 12523-4-II.   Division Two.   November 29, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES WARREN
ROBINSON, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 88-1-00767-5, James D. Ladley, J., entered December 8, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.